Appellate Division, First Department. January 31, 1913.) Proceeding by the People of the State of New York, on the relation of Yancu Simon, against Floretta Simon and others. M. S. Yochelson, of New York City, for appellant. N. Frank, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. SMITH v. WARDEN OF CITY PRISON et al. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Appeal from Special Term, New York County. Habeas corpus, on the relation of Laura Smith, against the Warden of the City Prison and others. From an order sustaining the writ and discharging the relator from custody, the Warden appeals. Reversed, writ dismissed, and relator remanded. Stanley L. Richter, of New York City, for appellant. Henry A. Friedman, of New York City, for respondent.

PER CURIAM. The evidence before the magistrate was sufficient to justify him in holding the relator. and for that reason the order appealed from is reversed, the writ dismissed, and the relator remanded.

PEOPLE ex rel. WHITE v. PURDY et al., Tax Com'rs. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Lawson Purdy and others, as Commissioners of Taxes, etc. No opinion. Motion denied, without costs.

PERLMAN v. BROOKLYN HEIGHTS R. CO. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Morris Perlman. against the Brooklyn Heights Railroad Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 78 Misc. Rep. 168, 137 N. Y. Supp. 917.

PERRINGTON, Appellant, v. LUDIN REALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Frank Perrington against the Ludin Realty Company. A. Lichtig, of New York City, for appellant. W. C. Low, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PILCER v. HURTIG & SEAMON. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Harry G. W. Pilcer against Hurtig & Seamon. No opinion. Application denied, with $10 costs. Order signed. See, also, 139 N. Y. Supp. 1140.

PILCER v. HURTIG & SEAMON. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Harry

G. W. Pilcer against Hurtig & Seamon. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1140.

POKRESS et al., Appellants, v. MASSACHUSETTS BONDING & INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Herbert Pokress and others against the Massachusetts Bonding & Insurance Company. M. L. Heidenheimer, of New York City, for appellants. W. D. Williams, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted to the extent indicated in the order. Order filed.

POLLITZ v. JEFFERY et al. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by James Pollitz against Edward T. Jeffery and others. No opinion. Motion denied, with $10 costs. Order filed.

POLLITZ, Respondent, v. WABASH R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by James Pollitz against the Wabash Railroad Company and others. R. Taggart, Pierce & Greer, and G. W. Murray, all of New York City, for appellants. J. A. Hodge, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 139 N. Y. Supp. 1140.

POLLITZ v. WABASH R. CO. et al. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by James Pollitz against the Wabash Railroad Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 App. Div. 884, 136 N. Y. Supp. 1145, 139 N. Y. Supp. 1140.

POST et al. v. THOMAS. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Edwin M. Post and another against Edward R. Thomas. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 6.

PRESTON v. CUNEO et al. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Henry L. Preston against Andrew Cuneo and others, in which Jacob Tuck, an attorney, appeals. No opinion. Motion granted, without costs. See, also, 140 App. Div. 144, 124 N. Y. Supp. 1031.

PRESTON v. TUCK. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) In the matter of Henry L. Preston